JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA ZEBDIEH,<br><br>              Petitioner,<br><br>   v.<br><br>JEFF SESSIONS, Attorney General, ET AL.<br><br>              Respondent. | Case No. 5:17-cv-01646-SVW-KES<br><br>JUDGMENT |

    Pursuant to the Court's Order Dismissing Habeas Petition Without Prejudice,

    IT IS ADJUDGED that the Petition in this action is dismissed without prejudice.

DATED: June 25, 2018

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE